IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL WELLS,<br><br>    Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>    Respondents. | No. 2:19-CV-1434-KJM-DMC-P<br><br><br><u>ORDER</u> |

        Petitioner brings this petition for a writ of habeas corpus. The matter was referred to a United States Magistrate Judge as provided by the Eastern District of California local rules.

        On October 3, 2019, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Under Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the court has considered whether to issue a certificate of appealability. For the reasons set forth in the Magistrate Judge's findings and recommendations, the court finds that issuance of a certificate of appealability is not warranted in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2019, are adopted in full;

2. Petitioner's petition for a writ of habeas corpus (ECF No. 1) is summarily dismissed;

3. The court declines to issue a certificate of appealability; and

4 The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE